UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID LETTIERI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 26-cv-10993-LTS |
| BINGHAMTON COURT CLERK DOE, et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER

April 23, 2026

SOROKIN, D.J.

*Pro se* plaintiff David Lettieri, who is in custody at FMC Devens, brings this action under the All Writs Act, 28 U.S.C. § 1651, alleging that a delay in his receipt of mail from the Federal District Court for the Northern District of New York violated federal criminal law. According to Lettieri, an electronic order that was docketed in Lettieri v. Gaska, C.A. No. 3:24-00102-GTS-ML (N.D.N.Y.) on December 10, 2025 was not mailed to him until December 20, 2025. Lettieri also alleges that he did not receive the order until January 14, 2026 because FMC Devens staff unlawfully withheld the mail. Lettieri asserts that, due to the defendants' alleged misconduct, his custodial sentence should be reduced by three years.

Under the Prison Litigation Reform Act, a federal district court must conduct a preliminary review of a complaint filed by a prisoner seeking redress from a governmental entity or employee and dismiss any claim that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from

such relief. See 28 U.S.C. § 1915A.  An action is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989).  A claim that is based on an "indisputably meritless legal theory" lacks an arguable basis in law. Id. at 327.

Here, Lettieri's pleading is frivolous.  His assertion that he is entitled to a reduction in his sentence because a court clerk and FMC Devens staff delayed in delivering an item of mail to him is without any arguable basis in law.

Accordingly, the Court **DISMISSES** this action as frivolous.  The motion for leave to proceed *in forma pauperis* shall be terminated as moot.


SO ORDERED.

        /s/ Leo T. Sorokin  
UNITED STATES DISTRICT JUDGE